1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| DELIA M. RIVERA HERRERA, ) | Case No. CV 07-7845-JWJ |
|       Plaintiff, ) | JUDGMENT |
|    vs. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of the Social ) Security Administration, ) | |
|       Defendant. ) | |

    **IT IS ADJUDGED** that the decision of the Administrative Law Judge is **AFFIRMED**.

DATED:  March 31, 2009

                                 /s/
                         JEFFREY W. JOHNSON
                 United States Magistrate Judge